UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**YOLANDA ANDERSON, ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                     **NO. 06-3298**

**ALPHONSO JACKSON, ET AL**                                    **SEC. "B"(5)**

## ORDER AND REASONS

Plaintiff's *Ex Parte* Motion for Temporary Restraining Order is **DENIED WITHOUT PREJUDICE** as duplicative of matters heard during the preliminary injunction proceedings. Further, with the acknowledged availability of expense vouchers, there is no showing, at present, of irreparable harm. Parties were directed at the hearing on injunctive relief to pursue public administrative hearings mandated by HUD with HANO and public housing tenants. This was done to encourage good faith negotiations, designed to afford displaced residents an opportunity to present their grievances, etc. to the pertinent administrative body. As stated during the latter proceedings, should this attempt to mediate differences fail, we will reconsider all claims and defenses in another expedited hearing with all parties.

New Orleans, Louisiana, this 21st day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE