```
              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**YOLANDA ANDERSON, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                      **NO. 06-3298**

**ALPHONSO JACKSON, SECRETARY OF**                              **SECTION: "B"(5)**
**THE UNITED STATES DEPARTMENT OF**
**HOUSING AND URBAN DEVELOPMENT, ET AL.**

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the plaintiff, Lolita Gibson, to file any objections to the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the claims of plaintiff, Lolita Gibson, are dismissed with prejudice pursuant to Rule 37 (b) (2) (c) and (d) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 28th day of September 2007.

_____
**UNITED STATES DISTRICT JUDGE**