UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

YOLANDA ANDERSON, ET AL.                          CIVIL ACTION

VERSUS                                            NUMBER: 06-3298

ALPHONSO JACKSON, SECRETARY OF                    SECTION: "B"(5)
THE UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, ET AL.


                       **REPORT AND RECOMMENDATION**

      The undersigned submits the following Report and Recommendation on the Fed.R.Civ.P. Rule 37 motion for sanctions filed by defendants, Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development and the United States Department of Housing and Urban Development (collectively "Federal Defendants"), against plaintiff, Catrice Doucet.  (Rec. doc. 488).  Although plaintiff's counsel participated in the oral argument held on the Federal Defendants' motion on November 14, 2007, no formal opposition to the motion was filed on plaintiff's behalf as required by Local Rule 7.5E.  For the reasons that follow, it is recommended that defendants' motion be granted unless

plaintiff responds to their outstanding discovery requests within thirty (30) days.

In their motion, the Federal Defendants represent that they propounded their second set of interrogatories upon plaintiff Doucet on September 27, 2007 which have gone unanswered as of the date of the hearing on defendants' motion.  Like several of the other plaintiffs, Ms. Doucet apparently has not been in contact with her own attorneys in the recent past.

Rule 37(b)(2)(C) and (d) of the Federal Rules of Civil Procedure allows a district court to dismiss a plaintiff's claims if she fails to serve answers or objections to properly propounded interrogatories.  Plaintiff's failure to respond to defendant's discovery requests and her failure to remain in contact with her own attorneys has hampered the parties' efforts to properly prepare this case for trial.  However, given the procedural posture of this case, the Court will recommend that the Federal Defendants' motion be granted only if plaintiff fails to respond to their outstanding interrogatories within thirty (30) days of this date.

## **RECOMMENDATION**

For the foregoing reasons, it is recommended that the Federal Defendants' motion for sanctions be granted unless plaintiff Doucet formally responds to defendants' outstanding interrogatories within thirty (30) days of this date.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Services Auto Assoc., 79 F. 3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this 16th day of   November   , 2007.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE