UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOLANDA ANDERSON, ET AL.                    CIVIL ACTION

VERSUS                                       NUMBER: 06-3298

ALPHONSO JACKSON, SECRETARY OF               SECTION: "B"(5)
THE UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, ET AL.


O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff, Catrice Doucet, to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Federal Defendants' motion for sanctions is granted and plaintiff's claims against them ~~are~~ will

be dismissed with prejudice. *if π cathie doucet fails to respond to the discovery requests at issue by January 10, 2008.*

New Orleans, Louisiana, this ____ day of _____, 200__.

_____
UNITED STATES DISTRICT JUDGE

12/4/07