UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


YOLANDA ANDERSON, ET AL.                CIVIL ACTION

VERSUS                                  NUMBER: 06-3298

ALPHONSO JACKSON, SECRETARY OF          SECTION: "B"(5)
THE UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, ET AL.


O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff, Catrice Doucet, to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that the Federal Defendants' motion for sanctions is granted and plaintiff's claims against them are dismissed with prejudice.

New Orleans, Louisiana, this 6th day of February, 2008.


UNITED STATES DISTRICT JUDGE